UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**15703 SW BARRINGTON TERRACE,
TIGARD, WASHINGTON COUNTY,
STATE AND DISTRICT OF OREGON,
REAL PROPERTY WITH BUILDINGS,
APPURTENANCES, AND
IMPROVEMENTS, in rem,**

    **Defendant.**

**Civil No. 04-649-MA**

**ORDER OF DISMISSAL**

Based upon the motion of the United States and the stipulation of the parties,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

IT IS FURTHER ORDERED that this Order is to be construed to also be the certification of this Court pursuant to 28 U.S.C. § 2465 that there was reasonable cause for the government's execution of process on the defendant

real property commonly known as 15703 SW Barrington Terrace, Tigard, Oregon, and that no federal, state, county, or city official or agency involved in this action be liable to suit or judgment on account of such action against the defendant real property.

IT IS SO ORDERED this 14th day of April, 2005.

*Malcolm F. Marsh*
MALCOLM F. MARSH
United States District Judge


PRESENTED BY:

KARIN J. IMMERGUT
United States Attorney

*Robert D. Nesler*
ROBERT D. NESLER, OSB #85379
Assistant United States Attorney
of Attorneys for Plaintiff United States of America